**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

---

NATIONAL RELIGIOUS BROADCASTERS, SAND
SPRINGS CHURCH, FIRST BAPTIST CHURCH
WASKOM, and INTERCESSORS FOR AMERICA

      Plaintiffs,

v.

SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS
COMMISSIONER OF
THE INTERNAL REVENUE SERVICE, and THE
INTERNAL REVENUE SERVICE

      Defendants.

Civil Action No. 6:24-cv-00311

---

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs National Religious Broadcasters, Sand Springs Church, First Baptist Church Waskom, and Intercessors for America (collectively "Plaintiffs") appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment rendered on March 31, 2026 (Dkt. 107) and from all orders and decisions encompassed therein, including without limitation the Opinion and Order dismissing this matter for lack of subject-matter jurisdiction (Dkt. 106).

1

Dated: April 22, 2026

Respectfully submitted,
/s/ Michael P. Farris
Michael Farris
DC Bar No. 385969
National Religious Broadcasters
800 Maryland Avenue NE
Washington, DC 20002
571-359-6000
mfarris@nrb.org

David A. Kallman
MI Bar No. P34200
Stephen P. Kallman
MI Bar No. P75622
Kallman Legal Group, PLLC
Attorney at Law
5600 W. Mount Hope Hwy.
Lansing, MI 48917
517-322-3207
dave@kallmanlegal.com
steve@kallmanlegal.com

Rita M. Peters
VA State Bar No. 46821
7586 Stoney Lick Road
Mount Crawford, VA 22841
540-830-1229
rpeters@selfgovern.com

Andrew W. Stinson
State Bar No. 24028013
Ramey & Flock, PC
100 E. Ferguson Street, Suite 500
Tyler, TX 75702
903-597-3301
astinson@rameyflock.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed by Plaintiffs on April 22, 2026, and that counsel for all other parties will thereby be automatically served with an electronic copy via the CM/ECF system.

Dated: April 22, 2026

/s/ *Michael P. Farris*
Michael P. Farris