**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| **NATIONAL RELIGIOUS BROADCASTERS; SAND SPRINGS CHURCH; FIRST BAPTIST CHURCH WASKOM; INTERCESSORS FOR AMERICA,** | ) | |
| **Plaintiffs-Appellants** | ) | |
| **v.** | ) | **No. 26-40237** |
| **SCOTT BESSENT, ACTING COMMISSIONER OF THE INTERNAL REVENUE SERVICE; INTERNAL REVENUE SERVICE,** | ) | |
| **Defendants-Appellees** | ) | |

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE THE ANSWERING BRIEF**

The United States of America, by and through its counsel, Marie E. Wicks, respectfully requests a Level 2 46-day[1] extension—from August 6, 2026 to September 21, 2026—of the time for filing and serving the appellees' answering brief in the above-entitled case. *See* Fifth Cir. R. 31.4.3.2. The United States has not previously sought an extension of its answering brief due date. Undersigned counsel

[1] Because 45 days from August 6, 2026, falls on a Sunday, the extension request seeks 46 days until the next business day.

conferred with counsel for the appellants, who do not oppose this extension request. In support of this motion, the undersigned counsel states as follows:

1. I am an attorney employed in the Appellate Section of the Tax Litigation Branch of the Civil Division, United States Department of Justice, and in that capacity I have been assigned the primary responsibility for handling this case on behalf of the United States.

2. Appellants filed an opening brief on July 7, 2026.

3. In addition, three amicus curiae briefs were filed on July 14, 2026, in support of appellants.

4. The United States' answering brief is currently due August 6, 2026, pursuant to the notice issued on July 7, 2026. *See* Fed. R. App. P. 31(a)(1). The United States has not sought a previous extension of the briefing deadline.

5. An extension until September 21, 2026, is needed because, despite exercising diligence, the United States will be unable to file the response brief by the current deadline for the reasons that follow.

6. This case involves the plaintiffs' challenge to the "Johnson Amendment," which bars groups qualifying as tax exempt under 26

U.S.C. § 501(c)(3) from participating or intervening in "any political campaign on behalf of (or in opposition to) any candidate for public office." The District Court rejected a proposed consent judgment submitted by the parties and dismissed the case for lack of subject-matter jurisdiction, concluding that its jurisdiction was barred by the tax Anti-Injunction Act (26 U.S.C. § 7421(a)) and the tax exception to the Declaratory Judgment Act (28 U.S.C. § 2201). On appeal, appellants raise, *inter alia*, an argument that the Anti-Injunction Act is a non-jurisdictional, claim-processing rule. Preparation of the Government's response brief requires consideration of these important legal issues in the context of Fifth Circuit and Supreme Court jurisprudence.

7. In accordance with the standard procedures of our office, the Government's brief must be reviewed by a supervisory attorney in the Appellate Section and by the IRS Office of Chief Counsel prior to filing. Due to this case's importance, the Government's draft brief will need to be completed well in advance of the deadline to allow for multiple levels of review within the Department and the IRS.

8. Despite due diligence, I am unable to complete the Government's brief and have it reviewed within the time currently allotted. This is in large part due to my work in other matters and cases assigned to me. I recently drafted and filed on July 27, 2026 the Commissioner's response brief in *Whistleblower 20442-18W v. Commissioner*, No. 25-1256 (D.C. Cir.). Due to my work in preparing that brief during the month of July, I could not dedicate my time toward preparing the answering brief in this case until this week. In addition, I am responsible for preparing the Government's answering brief in the following cases: *Mission Organic Center, Inc. v. Commissioner*, No. 26-828 (9th Cir.), due August 21, 2026; *Chubboy v. Commissioner*, No. 25-1273 (D.C. Cir.), due September 14, 2026;[2] and *Whistleblower 11099-13W v. Commissioner*, No. 26-1080 (D.C. Cir.), briefing schedule forthcoming. I also was assigned this week a new case, *Baker v. Commissioner*, No. 26-1587 (6th Cir.), in which I entered my appearance on July 28, 2026. Also, in addition to the cases to which I am assigned, matters associated with my role as Counsel to the Director

[2] The appellant's brief has not yet been filed; thus, this date is subject to change.

of the Tax Litigation Branch's Appellate Section generally take about one-third of my time each week.

9. The assigned reviewing attorney, Jennifer Rubin, has previously scheduled annual leave during the week of August 10-19, 2026. The requested extension accounts for Ms. Rubin's availability to review the draft brief.

10. In light of the foregoing, the requested 46-day extension is necessary to provide adequate time for me to prepare a draft of the Government's brief that will be of maximum assistance to the Court, and to allow for the necessary multiple levels of review within the Department of Justice and IRS Office of Chief Counsel.

11. I have contacted counsel for the appellants regarding this motion. I was informed that appellants do not object to the United States' extension request.

For these reasons, the United States requests that this motion be granted and that the time for filing the appellees' brief be extended for 46 days, from August 6, 2026 to September 21, 2026.

Respectfully submitted,

*/s/ Marie E. Wicks*
MARIE E. WICKS
(202) 307-0461
*Attorney*
*Appellate Section, Tax Litigation Branch*
*Civil Division*
*Department of Justice*
*P.O. Box 502*
*Washington, D.C. 20044*
Appellate.Taxcivil@usdoj.gov

Dated: July 30, 2026

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| **NATIONAL RELIGIOUS BROADCASTERS; SAND SPRINGS CHURCH; FIRST BAPTIST CHURCH WASKOM; INTERCESSORS FOR AMERICA,** | ) | |
| **Plaintiffs-Appellants** | ) | |
| **v.** | ) | **No. 26-40237** |
| **SCOTT BESSENT, ACTING COMMISSIONER OF THE INTERNAL REVENUE SERVICE; INTERNAL REVENUE SERVICE,** | ) | |
| **Defendants-Appellees** | ) | |

## DECLARATION

Marie E. Wicks of the United States Department of Justice, Washington, D.C., states as follows.

1. I am an attorney employed in the Appellate Section of the Tax Litigation Branch of the Civil Division of the United States Department of Justice, and in that capacity, I have been assigned responsibility for the above-captioned appeal.

2. The facts set forth in the accompanying motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 30th day of July, 2026.

*/s/ Marie E. Wicks*
MARIE E. WICKS
*Attorney*

**CERTIFICATE OF COMPLIANCE**

**With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements**

**1. Type-Volume**

[X] This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because this document contains 942 words.

**2. Typeface and Type-Style**

[X] This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6).

*/s/ Marie E. Wicks*
MARIE E. WICKS
*Attorney*

## CERTIFICATE OF SERVICE

It is hereby certified that on July 30, 2026, the foregoing motion was electronically filed with the Clerk of the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I further certify that appellants, who are registered with CM/ECF, will be served via CM/ECF.

*/s/ Marie E. Wicks*
MARIE E. WICKS
*Attorney*